# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Teledyne Scientific & Imaging, LLC ) ASBCA No. 61105
)
Under Contract No. HR0011-09-C-0016 )

APPEARANCE FOR THE APPELLANT: Nicole J. Owren-Wiest, Esq.
Crowell & Moring LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
DCMA Chief Trial Attorney
Srikanti Schaffner, Esq.
Trial Attorney
Defense Contract Management Agency
Carson, CA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 20 April 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61105, Appeal of Teledyne Scientific & Imaging, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Teledyne Scientific & Imaging, LLC ) ASBCA No. 61105
)
Under Contract No. HR0011-09-C-0016 )

APPEARANCE FOR THE APPELLANT: Nicole J. Owren-Wiest, Esq.
 Crowell & Moring LLP
 Washington, DC

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
 DCMA Chief Trial Attorney
 Srikanti Schaffner, Esq.
 Trial Attorney
 Defense Contract Management Agency
 Carson, CA

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 20 April 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61105, Appeal of Teledyne Scientific & Imaging, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals